**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Jo Ann Nixon
Glenda August & Assoc.
129 W. Pershing St.
New Iberia La 70560

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on March 11, 2020

**REHEARING ACTION: March 11, 2020**

**Docket Number: 19   00642-CA**

**SUSANA F. MOODY**
**VERSUS**
**ROSS MOODY**

**Appealed from Calcasieu Parish Case No. 20110528**

**BEFORE JUDGES:**

    **Hon. John E. Conery**
    **Hon. Van H. Kyzar**
    **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Susana F. Moody** has this day been

    **DENIED.**

cc: Frank Alton Granger, Counsel for the Appellee